IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIE ODENWELDER,<br>Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 17-584 |
| NANCY A. BERRYHILL,<br>Acting Commissioner of the<br>Social Security Administration,<br>Defendant. | : | |

FILED
AUG 15 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW**, this 15th day of August, 2017, upon careful and independent consideration of the administrative record, the brief in support of review filed by Plaintiff, and Defendant's Uncontested Motion to Remand, to which Plaintiff has filed no response, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Defendant's Motion to Remand (Doc. 10) is **GRANTED** and the matter is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings; and

3. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
C. DARNELL JONES, J.